E. BRYAN WILSON
Acting United States Attorney

ALLISON M. O'LEARY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: allison.oleary@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:21-cr-00106-TMB-KFR |
| | ) | |
| Plaintiff, | ) | COUNT 1: |
| | ) | FELON IN POSSESSION OF |
| v. | ) | FIREARMS AND AMMUNITION |
| | ) | Vio. of 18 U.S.C. §§ 922(g)(1) and |
| SOLOMONA SOLO REUPENA, | ) | 924(a)(2) |
| | ) | |
| Defendant. | ) | CRIMINAL FORFEITURE |
| | ) | ALLEGATION: |
| | ) | 18 U.S.C. § 924(d) and |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about April 24, 2021, within the District of Alaska, the defendant,

SOLOMONA SOLO REUPENA, knowingly having been convicted of crimes punishable

by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, firearms and ammunition, to wit:

1. A Rock Island Armory .45 caliber pistol and associated ammunition; and
2. A single round of .45 caliber ammunition.

## Convictions

| Conviction Date | Offense | Court | Case No. |
| --- | --- | --- | --- |
| November 17, 2017 | Felon in Possession of Ammunition | U.S. District Court, Western District Washington | 3:17-CR-05052 |
| March 6, 2015 | Assault in the Third Degree | Pierce County Superior Court, Tacoma | 141047900 |
| March 2, 2010 | Robbery in the First Degree | Pierce County Superior Court, Tacoma | 091021769 |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), as set forth in Count 1 of this Indictment, the defendant, SOLOMONA SOLO REUPENA, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in knowing violation of the offense, including, but not limited to the following:

1. A Rock Island Armory .45 caliber pistol and associated ammunition, RIA2124745; and

2. A single round of .45 caliber ammunition seized by an officer with the Anchorage Police Department from the defendant's person on April 24, 2021.

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

    s/ Grand Jury Foreperson
    GRAND JURY FOREPERSON

s/ Allison M. O'Leary
ALLISON M. O'LEARY
Assistant U.S. Attorney
United States of America


s/ Christina Sherman for
E. BRYAN WILSON
Acting United States Attorney
United States of America


DATE:   November 17, 2021